RENADA NADINE MARCH
7 Bluebird Lane
Aliso Viejo, California 92656
Tel: 949-742-0436
E-mail: renadajewel@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN (ORANGE COUNTY) DIVISION

MEGLODON FINANCIAL, LLC
    PLAINTIFF,

versus

RENADA NADINE MARCH,
    Defendants.

_____/

CIVIL ACTION NUMBER:
SACV09-1355 GW(SS)

_____

Removed from Orange County
    30-2009-00312382-CL-UD-HLH
Superior Court of California

## NOTICE OF REMOVAL

1.     The original PLAINTIFFS who filed and caused this civil case (30-2009-00312382-CL-UD-HLH) to be served on the Original Defendant RENADA NADINE MARCH herein was MEGLADON FINANCIAL, LLC, (which appears to be the mere nominee or alter ego of Atlas Properties), represented by Attorney Steven D. Silverstein, a specialist in "assembly line/mass production" evictions.

2.     The Original Complaint for Unlawful Detainer was filed October 26, 2009 and served on Removing Defendant RENADA NADINE MARCH, on or about October 9, 2009, less that 30 days prior to the filing of this notice of removal pursuant to 28 U.S.C. §1443(1).

3.     This Initial Pleading was filed in a County and Staet where RENADA NADINE MARCH is a person belonging to a class (of defendants of wrongful eviction actions predicated on their status as victims of wrongful foreclosure) who are denied and cannot enforce in the courts of Orange County, California, her right as a

woman and person over the age of 40 to equal civil rights of all citizens of the United States, including but not limited to 42 U.S.C. §§1981-82, actionable under 42 U.S.C. §§1983 and 1988(a).

4.     Removing Defendant Renada Nadine March, after having been served, took and attended an Orange County Legal Aid Clinic at which she was advised and instructed that pursuant to the customs, practices, and policies of the State of California, defendants in Unlawful Detainer actions have no effective defense or counterclaims whatsoever.  In other words, it is either the law or customary and political practice in California that all evictions will be completed, regardless of the existence or availability of valid legal objections.

5.     The Orange County Legal Aid Clinic is owned and managed by Orange County Lawyers, "officers of the Court" who are capable of articulating and many of whom actually formulate legislation, interpret common law precedent, and implement customs, practices and policies of the State of California, so that their advice constitutes action taken under color of law or else customs, practices, and policies having the force and effect of law even if otherwise illegal, unconstitutional, or otherwise unconscionable.

6.     The combination of circumstances put Renada Nadine March on notice that she was "be denied [and] cannot enforce in the courts of [the Superior Court of Orange County in the] State [of California any of his] right[s] under any [and all] law[s] providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof."  28 U.S.C. §1443(1); 42 U.S.C. §§1981, 1982.

7.     Furthermore, Renada Nadine March alleges and will show that women, and in particular women over the age of 40, are subject to targeted discrimination by the attorneys ("officers of the court") and Judges of the Superior Courts of California.

8.      Furthermoe, Steven D. Silverstein and certain officers of Orange County Superior Court system appear to have formulated a special, local series of customs, practices, and policies having the force of law which create or define an especially oppressed class of eviction suit defendants who are denied both due process of law and equal protection, for the simple reason that respondents always lose in Orange County Unlawful detainer proceedings as a matter of statutory law, custom, practice, and policy implemented by Steven D. Silverstein, in plain violation of 42 U.S.C. §1981, which is a statute providing for equal protection under the law.

9.      There is another suit pending in the Southern Division of the Central District of California, namely CASE NO. SACV 09-1072 DOC (Ex) in which Steven D. Silverstein is similarly charged with subverting the laws of the State of California and of the United States by denial of the protections of due process and equal protection of the laws, and these cases should be considered together.    Defendant Renada Nadine March submits that this action, once removed, can and should be consolidated with that action, assigned to Judge David O. Carter.

10.      Accordingly, respondent files this notice of removal within the 30-day time period required by 28 U.S.C. §§1443(1) and 1446(b) and the notice is therefore timely.

11.      Original Defendant RENADA NADINE MARCH alleges that she is entitled to remove under 28 U.S.C. §1443(1) and ***Dombrowski v. Pfister***, 380 U.S. 479, 85 S.Ct. 1116, 14 L.Ed.2d 22 (1965) because the Superior Courts of Orange County, and of California generally, have and enforce rules which are oppressive to economically disadvantaged defendants, as well as discriminatory to women and persons over the age of 40, and accordingly do not equally respect or evenly enforce private rights to due process of law, even as defined by California State Law, effectively denying equal access to the Courts in violation of 42 U.S.C. §§1981-1982.

1

2

3    12.    For example, the Superior Courts of the State of California do not require any

4    proof of ownership or title to property prior to commencing eviction proceedings,

5    nor of any proof of lawful compliance with California law regarding the structure of

6    non-judicial foreclosures and the recording of sales and transactions relating to

7    foreclosure, so that it is possible for tort-feasors such as Silverstein and company to

8    hide or disguise transactions by insertion of certain errors (such as misspelled names)

9    and omission of other critical evidence, such as sales prices or appraisals, which

10   permits fraudulent transactions to take place.

11   13.    Another example of the completely farcial nature of the non-judicial

12   foreclosure proceedings which take place in California routinely as a matter of state

13   and local custom, practice, and policy having the forced of law is the fact that the

14   Deed of Trust names an entity called "MERS" (= Mortgage Electronic Registrations

15   Systems) as both "beneficiary" of the "lender's" security instrument and as title

16   holder of all the rights granted (put in "trust") for such rights.  Obviously, no natural

17   or artificial person can ever be BOTH beneficiary and title holder of ANY property

18   held in trust, under the common law definitions of these terms which were not

19   superceded by any statutory amendments or changes, and so, accordingly, Renada

20   Nadine March charges that MERS was never more than a fictitious, fraudulent,

21   "straw man" or entity set up exclusively for the purpose of concealing the fraud on

22   homeowners committed by the banks/mortgage financing industry in these cases and

23   many that may subsequently arise

24   14.    The background to this present case is that RENADA NADINE MARCH was

25   engaged in forbearance and loan restructuring negotiations (through NACA =

26   Neighborhood Assistance Corporation of America as late as September through

27   October 10, and it was only on October 10, 2009, that Defendant learned (at the

28   NACA "Save the Dream Tour" Home Save Program in Las Vegas) that Indymac

had sold MARCH's property on October 9, 2009). She then returned home to find Silverstein's Three-Day Notice to Quit attached to her door.

15. Thus the forclosure sale was conducted in secrecy and in stealth behind RENADA NADINE MARCH's back in such a manner that RENADA NADINE MARCH defrauded of the implied covenant of good faith and fair dealing, which was so extreme and outrageous as to constitute actual or constructive fraud on the part of INDYMAC/ONE WEST, and this actual or constructive fraud right up until the moment of sale, in that the allegedly foreclosing party had no advance notice of when the final foreclosure was due to take place.

16. Defendant is accordingly entitled to remove pursuant to 28 U.S.C. §1443 which provides that defendants may remove civil actions commenced in any state court where Defendant is prosecuted pursuant to a law all of which deny equal protection of the laws as well as substantive due process of law under the First, Fifth, Ninth, and Fourteenth Amendments.

17. All pleadings, process, orders, and other filings in the state court action filed within the past three weeks to 30 days are attached to this notice of removal as required by 28 U.S.C. §1446(a).

**18.** Venue is proper in the Central District of California, because (a) original Defendant RENADA NADINE MARCH resides within the Central District of California and this case is removed from the Superior Court of the State of California in and for Orange County, California, which exists within the territorial boundaries of the Southern Division of the Central District and finally because all or a substantial part of the events or omissions giving rise to the claim occurred within the Southern Division of the Central District of California.

19. Defendant RENADA NADINE MARCH timely filed an answer in the Orange County Superior Court, according to California Law and a copy of her

answer and other documents is presented as Exhibit A & B, the supplements to this Notice of Civil Rights Removal to the United States District Court for the Southern Division of the Central District of California.

20.    Defendants will promptly file a copy of this notice of removal with the clerk of the state court in the Superior Court for the State of California in and for Orange County where the action was originally filed and has been pending.

21.    For all the above-and-foregoing reasons, removal of this action from Superior Court in and for Orange County, California, to the United States District Court for the Central District of California, Southern (Orange County) Division, is proper pursuant to all relevant statutes and law.

22.    Removing Party Renada Nadine March plans on intervening or otherwise joining the claims against Steven D. Silverstein raised, as noted above,

Respectfully submitted,

Friday, November 6, 2009

By: _____

RENADA NADINE MARCH,
*Pro se/in propia persona*
7 Bluebird Lane
Aliso Viejo, California 92656
Telephone: 949-742-0436
E-mail: **renadajewel@gmail.com**

## CERTIFICATE OF FILING AND SERVICE

**I the undersigned Defendant do hereby certify that I filed an**

**original signed copy of the above-and-foregoing Notice of Civil Rights**

**Removal with the Orange County Superior Court Clerk (Harbor Justice**

**Center Laguna Hills Facility 23141 Moulton Parkway, Laguna Hills, CA**

**92653) for the State of California and simultaneously served a true and**

**correct copy of the same on each of the following known parties to the**

**above entitled and numbered cause as follows:**

**Clerk of Court**
**Superior Court of California, Orange County**
**Harbor Justice Center---Laguna Hills**
**23141 Moulton Parkway**
**Laguna Hills, California 92653**

**And**

**Steven D. Silverstein**
Silverstein Eviction Law
14351 Redhill Ave., Suite #G
Tustin, CA 92780

Respectfully Submitted and signed Friday, November 6, 2009

Friday, November 6, 2009

By: _[signature]_

RENADA NADINE MARCH, *pro se/in pro per*
7 Bluebird Lane
Aliso Viejo, California 92656
Telephone: 949-742-0436
E-mail: **renadajewel@gmail.com**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A:
# Plaintiff's Petition for Unlawful Detainer and Related Documents Filed by Steven D. Silverstein

UD-100

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
STEVEN D. SILVERSTEIN      86466
ATTORNEY AT LAW
14351 REDHILL AVE., SUITE G
TUSTIN, CA.  92780
TUSTIN, CA 92780
TELEPHONE NO.: 714-832-3651      FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:   PLAINTIFF

FOR COURT USE ONLY
F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER

2009 OCT 16  PM 5: 18

ALAN CARLSON, CLERK OF THE COURT

BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: COUNTY OF ORANGE
MAILING ADDRESS: 23141 MOULTON PKWY., 2ND FLOOR
CITY AND ZIP CODE: LAGUNA HILLS, CA 92653-1206
BRANCH NAME: HARBOR JUSTICE CENTER-LAGUNA HILLS

PLAINTIFF: MEGLODON FINANCIAL, LLC

DEFENDANT: RENADA N. MARCH

[X]  DOES 1 TO 5

COMPLAINT — UNLAWFUL DETAINER*
[X] COMPLAINT   [ ] AMENDED COMPLAINT *(Amendment Number)*:

CASE NUMBER
30-2009

0 0 3 1 2 3 8 2

**Jurisdiction** *(check all that apply):*

[X]  ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [X] does not exceed $10,000
                     [ ] exceeds $10,000 but does not exceed $25,000
[ ]  ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ]  ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
   [ ] from unlawful detainer to general unlimited civil (possession not in issue)      [ ] from limited to unlimited
   [ ] from unlawful detainer to general limited civil (possession not in issue)        [ ] from unlimited to limited

1. PLAINTIFF *(name each)*: MEGLODON FINANCIAL, LLC

   alleges causes of action against DEFENDANT *(name each)*: RENADA N. MARCH

2. a. Plaintiff is   (1) [ ] an individual over the age of 18 years.   (4) [ ] a partnership.
                      (2) [ ] a public agency.                          (5) [ ] a corporation.
                      (3) [X] other *(specify)*: LLC

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
   7 BLUEBIRD LN., ALISO VIEJO, ORANGE COUNTY, CA 92656

4. Plaintiff's interest in the premises is   [X] as owner   [ ] other *(specify)*:

5. The true names and capacities of defendants sued as Does are unknown to plaintiff.

6. a. On or about *(date)*:                      defendant *(name each)*: RENADA N. MARCH

   (1) agreed to rent the premises as a   [ ] month-to-month tenancy   [ ] other tenancy *(specify)*:
   (2) agreed to pay rent of $ _____ payable   [ ] monthly   [ ] other *(specify frequency)*:
   (3) agreed to pay rent on the   [ ] first of the month   [ ] other day *(specify)*:
   b. This [ ] written   [ ] oral   agreement was made with
   (1) [ ] plaintiff.                             (3) [ ] plaintiff's predecessor in interest.
   (2) [ ] plaintiff's agent.                     (4) [ ] other *(specify)*:

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**   Legal Solutions Plus

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166

| PLAINTIFF *(Name):*   MEGLODON FINANCIAL, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):*  RENADA N. MARCH | |

6. c. ☐ The defendants not named in item 6a are
    (1) ☐ subtenants.
    (2) ☐ assignees.
    (3) ☐ other *(specify):*

  d. ☐ The agreement was later changed as follows *(specify):*

  e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*
  f. ☐ *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason):*
    (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
    (2) ☐ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant *(name each):* RENADA N. MARCH

    was served the following notice on the same date and in the same manner:
    (1) ☐ 3-day notice to pay rent or quit    (4) ☐ 3-day notice to perform covenants or quit
    (2) ☐ 30-day notice to quit    (5) ☒ 3-day notice to quit
    (3) ☐ 60-day notice to quit    (6) ☐ Other *(specify):*
  b. (1) On *(date):* 10/12/09    the period stated in the notice expired at the end of the day.
    (2) *Defendants failed to comply with the requirements of the notice by that date.*
  c. All facts stated in the notice are true.
  d. ☒ The notice included an election of forfeiture.
  e. ☒ A copy of the notice is attached and labeled Exhibit 2. *(Required for residential property. See Code Civ. Proc., § 1166.)*
  f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. *(Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)*

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) ☐ by personally handing a copy to defendant on *(date):*
    (2) ☐ by leaving a copy with *(name or description):*
        a person of suitable age and discretion, on *(date):*    at defendant's
        ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on
        *(date):*    because defendant cannot be found at defendant's residence or usual place of business.
    (3) ☒ by posting a copy on the premises on *(date):* 10/9/09    ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on
        *(date):* 10/9/09
        (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
        (b) ☒ because no person of suitable age or discretion can be found there.
    (4) ☐ *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail addressed to defendant on *(date):*
    (5) ☐ *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written commercial lease between the parties.
  b. ☐ *(Name):*
    was served on behalf of all defendants who signed a joint written rental agreement.
  c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
  d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

PLAINTIFF (Name): MEGLODON FINANCIAL, LLC

DEFENDANT (Name): RENADA N. MARCH

CASE NUMBER:

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☐ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $
11. ☒ The fair rental value of the premises is $ 76.67 per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure
      section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☐ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance,*
      *and date of passage):*

      Plaintiff has met all applicable requirements of the ordinances.
15. ☒ Other allegations are stated in Attachment 15.
16. ☐ Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☐ past-due rent of $
    d. ☐ reasonable attorney fees.
    e. ☐ forfeiture of the agreement.

    f. ☒ damages at the rate stated in item 11 from
       *(date):* 10/14/09    for each day that
       defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in
       item 12.
    h. ☐ other *(specify):*

18. ☒ Number of pages attached *(specify):* 4

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)**

19. *(Complete in all cases.)* An unlawful detainer assistant  ☒ did **not**  ☐ did  for compensation give advice or assistance
    with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):*

    a. Assistant's name:
    b. Street address, city, and zip code:

    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 10/16/2009

STEVEN D. SILVERSTEIN         86466
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**VERIFICATION**

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF)

| PETITIONER/PLAINTIFF: MEGLODON FINANCIAL, LLC | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: RENADA N. MARCH | |

ATTACHMENT "15"

PLAINTIFF ACQUIRED TITLE TO THE SUBJECT PREMISES BY REASON OF FORECLOSURE
UNDER CC 2924 ON 10/9/09 AND THE DEFENDANT IS THE FORMER OWNER OF THE
PREMISES.  PLAINTIFF BRINGS THIS ACTION PURSUANT TO CCP 1161a(b)3.  THE DEED
OF TRUST OF THE PREVIOUSLY DESCRIBED PREMISES, WHICH WAS FORECLOSED UPON,
INCLUDED AN AUTHORITY TO SELL THE PROPERTY AND INCLUDED A POWER OF SALE UPON
DEFAULT.  THE PLAINTIFF PURCHASED THE PROPERTY AT THE SALE AND THE DEED WAS
CONVEYED TO THE PLAINTIFF AND THE TITLE WAS DULY PERFECTED WITHIN THE
STATUTORY PERIOD.

Legal
Solutions
Plus

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER.  READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*:

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:

NAME OF COURT:

   STREET ADDRESS:

   MAILING ADDRESS:

   CITY AND ZIP CODE:

   BRANCH NAME:

   PLAINTIFF:

   DEFENDANT:

## PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER:

*(To be completed by the process server)*
DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises.  *(This date is the court filing date on the accompanying Summons and Complaint. )*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of  $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs."  I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Legal Solutions Plus

Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

| PLAINTIFF *(Name)*: | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: | |

**NOTICE:  If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)*  I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐  an oral rental agreement with the landlord.
   b. ☐  a written rental agreement with the landlord.
   c. ☐  an oral rental agreement with a person other than the landlord.
   d. ☐  a written rental agreement with a person other than the landlord.
   e. ☐  other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING:  Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

....................................................
(TYPE OR PRINT NAME)                                                                 (SIGNATURE OF CLAIMANT)

**NOTICE:**  If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial.  At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

### - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**  *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*  You can complete and *SUBMIT THIS CLAIM FORM WITHIN 10 DAYS* from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*  If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court.  *If you do not file this claim, you will be evicted without a hearing.*

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

# THREE (3) DAY NOTICE TO QUIT

| | |
|---|---|
| Meglodon Financial, LLC | **Landlord(s)** |
| Renada N March | **Tenant(s)** |
| **and Does 1 to 10 inclusive** | |

## TO TENANT(S) AND ALL PERSON(S) IN POSSESSION

YOU ARE HEREBY NOTIFIED that the tenancy under which you occupy the premises shall end three (3) days after the date of service of copy of this notice upon you, and you are required to quit and deliver up possession of the premises to the undersigned on or before that date.

IF YOU FAIL TO DO SO, legal proceedings will be instituted against you for possession of the premises, for forfeiture of the rental agreement and for such monetary damages as may be allowed by law.
The premises herein referred to which you hold and/or occupied by you are:

| Address: | 7 Bluebird Ln | Apartment or Suite No.: | | |
|---|---|---|---|---|
| City: | Aliso Viejo | State: | CA | Zip: | 92656 |
| County of: | Orange | | | |

## THE REASON THIS NOTICE IS BEING SERVED IS:

Property was sold at trustee's sale.

_PERSON AUTHORIZED TO GIVE NOTICE_

## PROOF OF SERVICE

I, the undersigned, being at least 18 years of age, declare under penalty of perjury that I served the above notice, of which this is a true copy, on the following tenant(s) in possession in the manner(s) indicated below:

☐ On _____ , I handed the notice to the tenant(s) personally.

☐ On _____ , after attempting personal service, I handed the notice to a person of suitable age and discretion at the residence/business of the tenant(s), AND I deposited a true copy in the U.S. Mail, in a sealed envelope with postage fully prepaid, addressed to the tenant(s) at his/her/their place of residence (date mailed, if different _____ ).

☑ On b/9/2009 , after attempting service in both manners indicated previously, I posted the notice in a conspicuous place at the residence of the tenant(s), AND I deposited a true copy in the U.S. Mail, in a sealed envelope with postage fully prepaid, addressed to the tenant(s) at his/her/their place of residence (date mailed, if different _____ ).

Executed on 10/9/2009

Served by _Lave Blgn_

This form courtesy of *ExpressEvictions.com* (800) 491-1951

_Exhibit 2_

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
I have read the foregoing <u>UNLAWFUL DETAINER SUMMONS AND COMPLAINT</u>
and know its contents.

### ☐ CHECK APPLICABLE PARAGRAPHS

☐   I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am ☐ an Officer ☐ a partner _____ ☐ a _____ of _____
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒   I am one of the attorneys for <u>PLAINTIFF</u>
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.
Executed on ___10/16, 2009___ , at <u>TUSTIN</u>_____California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

<u>STEVEN D. SILVERSTEIN</u>
Type or Print Name                                          Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** _____ , State of California.
I am employed in the county of _____
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ , I served the foregoing document described as _____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**
☐ *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
Executed on _____ , at _____ , California.
☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
Executed on _____ , at _____ , California.
☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                              _____
Type or Print Name                                   Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
& Plus                    Rev. 7/99

**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
RENADA N. MARCH; DOES 1 TO 5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MEGLODON FINANCIAL, LLC

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER

2009 OCT 16  PM 5: 18

ALAN CARLSON CLERK OF THE COURT

BY _____ DEPUTY

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA
   COUNTY OF ORANGE
   23141 MOULTON PKWY., 2ND FLOOR
   LAGUNA HILLS, CA 92653-1206
   HARBOR JUSTICE CENTER–LAGUNA HILLS

   **CASE NUMBER:**
   *(Número del caso):*
   **30-2009**
   **00312382**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   STEVEN D. SILVERSTEIN      86466              714-832-3651
   ATTORNEY AT LAW
   14351 REDHILL AVE., SUITE G
   TUSTIN, CA 92780

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: OCT 16 2009   ALAN CARLSON   Clerk, by _____, Deputy
*(Fecha)*              *(Secretario)*   T. Wojnar   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED: You are served**
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*

   under:  [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
           [ ] CCP 415.46 (occupant)              [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

**SUM-130**

| | |
|---|---|
| PLAINTIFF (Name): MEGLODON FINANCIAL, LLC | CASE NUMBER: |
| DEFENDANT (Name): RENADA N. MARCH; DOES 1 TO 5 | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B:
# Defendant's Answer to
# Steven D. Silverstein's
# Unlawful Detainer Action
# And Related Documents

UD-105

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*

Renada N. March
7 Bluebird Ln
Aliso Viejo, CA 926566

Phone: 949-742-0436
TELEPHONE NO: 949-742-0436
Fax:

FILED
SUPERIOR COURT OF CALIFORNIA
COUNT FOR COURT USE ONLY
HARBOR JUSTICE CENTER

2009 OCT 29  AM 10: 39

ALAN CARLSON, Clerk

BY_____DEPUTY

ATTORNEY FOR *(Name):* IN PRO PER

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA - COUNTY OF Orange
STREET ADDRESS: 23141 Moulton Parkway, Floor 2
MAILING ADDRESS:
CITY AND ZIP CODE: Laguna Hills, CA 92653
BRANCH NAME: Harbor-Laguna Hills Facility

PLAINTIFF:   Megalodon Financial, LLC

DEFENDANT:   Renada N. March

| | |
|---|---|
| **ANSWER—Unlawful Detainer** | CASE NUMBER: 30-2009-00312382-CL-UDHLH |

1. Defendant *(names):* Renada N. March

   answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**
   a. [X] Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000.)*
   b. [ ] Defendant admits that all of the statements of the complaint are true EXCEPT
      (1) Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complaint or explain):*

      [ ] Continued on Attachment 2b (1).
      (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain):*

      [ ] Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES    *(NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).*
   a. [ ] *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.
   b. [ ] *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.
   c. [ ] *(nonpayment of rent only)* On *(date):*                              before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.
   d. [ ] Plaintiff waived, changed, or canceled the notice to quit.
   e. [ ] Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.
   f. [ ] By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.
   g. [ ] Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

      *(Also, briefly state the facts showing violation of the ordinance in item 3j.)*
   h. [ ] Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.
   i. [X] Other affirmative defenses are stated in item 3j.

Form Approved by the Judicial
Council of California
UD-105 [Rev. January 1, 2007]

**ANSWER—Unlawful Detainer**

Civil Code, §1940 et seq.;
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

I-CAN!   45205

**UD-105**

| PLAINTIFF *(Name)*: | Meglodon Financial, LLC | CASE NUMBER |
|---|---|---|
| DEFENDANT *(Name)*: | Renada N. March | 30-2009-00312382-CL-UDHLH |

3. AFFIRMATIVE DEFENSES (cont'd)
   j. Facts supporting affirmative defenses checked above *(identify each item separately by its letter from page one)*:

  (1) [X] All the facts are stated in Attachment 3j.   (2) [ ] Facts are continued in Attachment 3j.

4. OTHER STATEMENTS
  a. [ ] Defendant vacated the premises on *(date)*:
  b. [ ] The fair rental value of the premises alleged in the complaint is excessive *(explain)*:

  c. [ ] Other *(specify)*:

5. DEFENDANT REQUESTS
  a. that plaintiff take nothing requested in the complaint.
  b. costs incurred in this proceeding.
  c. [X] reasonable attorney fees.
  d. [ ] that plaintiff be ordered to (1) make repairs and correct the conditions that constitute a breach of the warranty to provide habitable premises and (2) reduce the monthly rent to a reasonable rental value until the conditions are corrected.
  e. [X] Other *(specify)*:
     Such other and further relief as the Court deems just and proper.

6. [ ] Number of pages attached *(specify)*:

**UNLAWFUL DETAINER ASSISTANT (Business and Professions Code sections 6400- 6415)**
7. *(Must be completed in all cases)* An **unlawful detainer assistant** [X] did not [ ] did for compensation give advice or assistance with this form. *(If defendant has received **any** help or advice for pay from an unlawful detainer assistant, state:*
  a. Assistant's name:        b. Telephone No.:
  c. Street address, city, and ZIP:
  d. County of registration:    e. Registration No.:    f. Expires on (date):

Renada N. March
(TYPE OR PRINT NAME)        ▶ *(signature)* (SIGNATURE OF DEFENDANT OR ATTORNEY)

(TYPE OR PRINT NAME)        ▶ (SIGNATURE OF DEFENDANT OR ATTORNEY)

*(Each defendant for whom this answer is filed must be named in item 1 and must sign this answer unless his or her attorney signs.)*

**VERIFICATION**
*(Use a different verification form if the verification is by an attorney or for a corporation or partnership. )*
I am the defendant in this proceeding and have read this answer. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date:

Renada N. March

(TYPE OR PRINT NAME)        ▶ *(signature)* (SIGNATURE OF DEFENDANT)

UD-105 [Rev. January 1, 2007]    **ANSWER—Unlawful Detainer**    Page 2 of 2

I-CAN!  45205

| SHORT TITLE: Meglodon Financial, LLC vs Renada N. March | CASE NUMBER: 30-2009-00312382-CL-UDHLH |
|---|---|

**UD-105 Attachment 3j**

3. Affirmative Defenses

   i.  [X] Other affirmative defenses.

   DEMUR, Fraud Situation

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page ____ of ____

UD-105

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

RENADA MARCH
7 Bluebird Lane
Aliso Viejo, CA 92656

TELEPHONE NO.: 949-742-0436

ATTORNEY FOR (Name): IN PRO PER

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 23141 Moulton Parkway
MAILING ADDRESS:
CITY AND ZIP CODE: Laguna Hills, CA 92653-1251
BRANCH NAME: Harbor Justice Center, Laguna Hills Facility

PLAINTIFF: MEgLODON FINANCIAL LLC

DEFENDANT: RENADA MARCH

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER
LAGUNA HILLS FACILITY

NOV 02 2009

ALAN CARLSON, Clerk of the Court

BY: JW ,DEPUTY

| 1st AMENDED  ANSWER—Unlawful Detainer | CASE NUMBER: 30-2009-00312382 |
|---|---|

1. Defendant (names): RENADA MARCH

answers the complaint as follows:

2. **Check ONLY ONE of the next two boxes:**

   a. ☒ Defendant generally denies each statement of the complaint. *(Do not check this box if the complaint demands more than $1,000).*

   b. ☐ Defendant admits that all of the statements of the complaint are true EXCEPT

     (1) Defendant claims the following statements of the complaint are false *(use paragraph numbers from the complaint or explain):*

       ☐ Continued on Attachment 2b (1).

     (2) Defendant has no information or belief that the following statements of the complaint are true, so defendant denies them *(use paragraph numbers from the complaint or explain):*

       ☐ Continued on Attachment 2b (2).

3. AFFIRMATIVE DEFENSES  *(NOTE: For each box checked, you must state brief facts to support it in the space provided at the top of page two (item 3j)).*

   a. ☐ *(nonpayment of rent only)* Plaintiff has breached the warranty to provide habitable premises.

   b. ☐ *(nonpayment of rent only)* Defendant made needed repairs and properly deducted the cost from the rent, and plaintiff did not give proper credit.

   c. ☐ *(nonpayment of rent only)* On *(date):* , before the notice to pay or quit expired, defendant offered the rent due but plaintiff would not accept it.

   d. ☐ Plaintiff waived, changed, or canceled the notice to quit.

   e. ☐ Plaintiff served defendant with the notice to quit or filed the complaint to retaliate against defendant.

   f. ☐ By serving defendant with the notice to quit or filing the complaint, plaintiff is arbitrarily discriminating against the defendant in violation of the Constitution or laws of the United States or California.

   g. ☐ Plaintiff's demand for possession violates the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

     *(Also, briefly state the facts showing violation of the ordinance in item 3j.)*

   h. ☐ Plaintiff accepted rent from defendant to cover a period of time after the date the notice to quit expired.

   i. ☒ Other affirmative defenses are stated in item 3j.

Page 1 of 2

1st AMENDED  ANSWER—Unlawful Detainer

Legal
Solutions
& Plus

Civil Code, § 1940 et seq.
Code of Civil Procedure, § 425.12

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Address, Telephone No.) | FOR COURT USE ONLY |
|---|---|
| RENADA MARCH<br>7 Bluebird Lane<br>Aliso Viejo, CA 92656<br>ATTORNEY FOR (Name): Bar No.:<br>IN PRO PER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
JUSTICE CENTER:
- [ ] Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
- [ ] Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
- [X] Harbor-Laguna Hills Facility - 23141 Moulton Pkwy., Laguna Hills, CA 92653
- [ ] North- 1275 N. Berkeley Ave., P. O. Box 1275, Fullerton, CA 92838-0500
- [ ] West - 8141 13th Street, Westminster, CA 92683

| | | |
|---|---|---|
| PLAINTIFF: MEGIODON FINANCIAL LLC | CASE NUMBER: | |
| DEFENDANT: RENADA MARCH | 30-2009-00312382 | |

| PROOF OF SERVICE BY PERSONAL DELIVERY OR MAIL | Case assigned to: |
|---|---|
| [X] Limited Civil   [ ] Unlimited Civil | Judge:<br>Department:<br>Date complaint filed:<br>Hearing/trial date: |

**INSTRUCTIONS**

An Answer or Notice must be served by anyone at least 18 years of age EXCEPT BY A PARTY TO THIS LEGAL ACTION. This type of service is used on most documents subsequent to service of the summons and complaint. Service is made by one of the following ways:
(1) Personally delivering a copy to the attorney for the other party or, if no attorney, to the other party.
   OR
(2) By mailing a copy, postage prepaid to the last known address of the attorney for the other party or, if no attorney, to the other party.
Be sure whoever serves the document fills out and signs this proof of service. File the original document along with the original Proof of Service with the Court as soon as possible thereafter.

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. Name of document served: 1st AMENDED ANSWER - Unlawful Detainer
3. I served the above mentioned document as follows:

   a. [ ] **Personal delivery.** I personally delivered the above mentioned document as follows:
      (1) Name of person served:
      (2) Address where served:

      (3) Date served:
      (4) Time served:

   b. [X] **Mail.** I deposited the above mentioned document in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed as follows:
      (1) Name of person served: STEVEN D SILVERSTEIN
      (2) Address: 14351 Redhill Ave STE G
                   Tustin, CA 92780
      (3) Date of mailing: 11-2-09
      (4) Place of mailing (city and state):  Santa Ana, CA
      (5) I am a resident of or employed in the county where this mailing took place. My residence or business address is (specify): 2101 N. Tustin Ave., Santa Ana, CA  92705

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11-2-09

PRINT OR TYPE NAME: CRYSTAL C. SIMS

SIGNATURE OF PARTY THAT SERVED DOCUMENT(S)

| 2409 ( R 7/02) | PROOF OF SERVICE BY PERSONAL DELIVERY OR MAIL | CCP 1013a, 1014<br>OC-42546 |

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

MEGLADON FINANCIAL, LLC (nominee or mere alter ego of) ATLAS PROPERTIES, 26371 Avery Parkway, Suite B, Mission Viejo, California 92692

**DEFENDANTS**

Renada Nadine March                    Telephone: 949-742-0436
7 Bluebird Lane
Aliso Viejo, Calfiornis 92656

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Steven D. Silverstein
"Silverstein Eviction Law"        Telephone: 714-832-3651
14351 Redhill Avenue, Suite G
Tustin, California 92780

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☑ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No        ☑ **MONEY DEMANDED IN COMPLAINT: $_____**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1443(1); 42 U.S.C. Sections 1981, 1982, 1983, 1988(a)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☑ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**SACV09-1355 GW(SS)**

---

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑Yes
If yes, list case number(s): Lincoln v. Silverstein SACV 09-1072 DOC (Ex)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff's Business Address in Mission Viejo is in Orange County, California | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date November 7, 2009

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |