NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Renada N. March
7 Bluebird Lane
Aliso Viejo, CA 92656
(949-742-0436)

ATTORNEYS FOR:

FILED 2009 NOV 16 PM 3:13

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Meglodon Financial LLC

Plaintiff(s),

v.

Renada Nadine March

Defendant(s)

CASE NUMBER

SACV09-1355 GW(SS)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Renada Nadine March (in propia persona)___
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Steven D. Silverstein (Attorney for Plaintiff)
Megladon Financial, LLC (Plaintiff)
Atlas Properties Real Estate Services (Plaintiff nominee Alter Ego)
MERS (Mortgage Electronic Registration System)
Jason Radwan (officer of Atlas Properties)
One West Bank (successor to insolvent/dissolved lender)
Indymac (insolvent/dissolved lender)
Renada Nadine March (Defendant, removing party, counterclaimant)
Trustee Corps (agent of alleged lender)
NACA (Neighborhood Assistance Corporation of America)
Legal Aid Services of Orange County

November 6, 2009
Date

Sign

Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)